HOWELL TORPEDO CO. v. E. W. BLISS CO. (Circuit Court of Appeals, Second Circuit. December 2, 1902.) No. 32. Appeal from the Circuit Court of the United States for the Eastern District of New York. Appeal from a decree of the circuit court, Eastern district of New York (111 Fed. 906), dismissing bill for alleged infringement of United States patent No. 311,325, to

Admiral John A. Howell, January 27, 1895, for improvements in marine torpedoes. The defendant uses what is known as the "Obry Steering Gear." Ernest Wilkinson, for appellant. Arthur C. Fraser, for appellee. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. We think it unnecessary to add anything to the clear and exhaustive discussion of the intricate question presented on this record, which will be found in Judge Thomas' opinion in the circuit court. We concur fully in his reasoning and his conclusions. The decree is affirmed, with costs.